TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: MIM-C-E

---

FROM: Bradley, Latarsha
TO: 05963122
SUBJECT: Aunt JoAnne and Shakeithia
DATE: 12/24/2020 12:26:06 PM

Hey Brother, I'm sorry to say that Aunt Jo passed away on yesterday, 23 December 2020 early that morning. We are all so devastated by the news of her passing. Shakeitha is still the same, so we are keeping her in prayers. No plans have been made for her funeral arrangements because is still too soon, but Jeffery and her sons are taking it all extremely hard.

Dad's bond was reduced to $60,000 vs the $150,000 but we are not able to get him out on that either. I will pass the information you said along and he does have a lawyer; but honestly I am not involved with any of that and really can't tell you too much than what I already have shared with you. You take care and know that we love you dearly and are continuously praying for your return home. Love you ~ Tasha

ANTHONY TROY WILLIAMS on 12/24/2020 9:51:53 AM wrote
Hey sis, Sorry to hear about Aunt Jo. I just hope that Yahweh sees her through this. I glad that you all are alright. Any update on Daddy's situation? Make sure that you tell him to make sure that is attorney file a Motion To Discovery immediately so that he can see what facts that they are alleging to charge him with. The reason this is so important because he can know if they have any substantial or circumstantial evidence and can determine whether he needs to file a Motion To Dismiss based on insufficient evidence. Love you!
-----Bradley, Latarsha on 12/21/2020 9:26 PM wrote:

>

Hello my Dear Brother, I hope this email finds you in the best of health. Please ensure that you are keeping yourself safe. We have sad news to report. Aunt Jo came down with the Corona Virus and it looks as though she will not survive it. She has been on a ventilator for the last 10 days. The doctors are giving her about 3 days to live. Shakeithia is on a ventilator as well, but we haven't been told that she is at death's bed. I just thought you should know what we have been dealing with. We love you dearly and pray for you continuously. Tasha

ANTHONY TROY WILLIAMS on 12/21/2020 2:49:23 PM wrote
I know she told me so I'm going to make a complaint to the warden and if they dont remove it I'm taking them to court.
-----Bradley, Latarsha on 12/18/2020 10:53 AM wrote:

>

Thank you for responding. FYI Rose has been banned without valid reasons from contacting you via coorlink. Just thought you should know if you don't hear from her. Be safe abd know that we love you dearly. Love you - Tasha

ANTHONY TROY WILLIAMS on 12/17/2020 4:34:28 PM wrote
I'm still in Miami FDC waiting to be moved to the State of Florida. We only get an hour out a day to shower, make calls and use the email and sometimes we don't have time because there are so many people that some days you don't get to get on the phone or email. I will let you know if anything changes. Love you
-----Bradley, Latarsha on 12/16/2020 3:41 PM wrote:

>

Hello My Brother,

How are things going for you? Where are you? I haven't heard from you in a bit. Please let me know that everything is OK. Love you - Tasha

ANTHONY TROY WILLIAMS on 12/3/2020 9:19:45 AM wrote
12-2-20

Yes i'm good just waiting to get transferred to the state. love you to
-----Bradley, Latarsha on 12/2/2020 8:58 PM wrote:

>

Exhibit 2

TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: MIM-C-E

---

FROM: 05963122
TO: Medical Doctor
SUBJECT: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 05963122, MIM-E-W
DATE: 11/25/2020 02:44:07 PM

To: Dentist
Inmate Work Assignment: PAG

I have been in the BOP for 3 years and still haven't had my teeth cleaned. My gums bleed when I brush which is indicative of gingivitis and I don't want this to get worse. I need to please have my teeth cleaned. I have been on the waiting list for over 2 years now.

Exhibit 3

TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: MIM-C-E

----------------------------------------------------------------------------------------

FROM: 05963122
TO: Warden
SUBJECT: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 05963122, MIM-C-E
DATE: 12/21/2020 07:53:18 PM

To: Mr. Carlton
Inmate Work Assignment: PAG

I am requesting to have law library access per my court order by Judge Barry Kurren. I am a pro se defendant and this lockdown is preventing me from doing the proper research to draft my motions to fight my case. I have sent several cop outs but have not received a response. Thanks in advance for your cooperation

Exhibit 4

TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: MIM-C-E

--------------------------------------------------------------------------------

FROM: 05963122
TO: Lieutenant
SUBJECT: ***Request to Staff*** WILLIAMS, ANTHONY, Reg# 05963122, MIM-C-E
DATE: 12/24/2020 09:24:40 AM

To: Visitation LT
Inmate Work Assignment: PAG

My son drove down from Atlanta to see me and was denied entrance. I'm requesting to have a visit with my son today or tomorrow because I haven't seen my son in 4 years. It is costing him a lot of money to continue to stay here just to get a visit with me.

Exhibit 5