Anthony Williams
P.O. Box 019130
Miami, FL 33101

FILED BY _____ D.C.

FEB 1 8 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Anthony Williams

v.

E. K. Carlton, Warden

Case No. 1:21-cv-20050 KMM
Case No. 1:21-civ-20213 JEM

MOTION FOR EXPEDITED HEARING ON
WRIT OF HABEAS CORPUS

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Motion For Expedited Hearing on Writ of Habeas Corpus because of the exigent situation and conditions at FDC Miami. Petitioner's moves the court to set a hearing within five(5) days of receipt of this motion and to have this hearing via teleconference due to the COVID-19 protocols. Without this expedited hearing petitioner will continue to be subjected to the inhumane and unlawful conditions and treatment at FDC Miami. and petitioner is requesting the court to intervene and have petitioner moved to a facility in Atlanta or back to Pahrump Nevada during his appeal process to avoid being retaliated against by the FDC staff for filing a suit for the inhumane conditions and for making a complaint against officer L. Sylvestre who physically threatened to do petitioner bodily harm. Petitioner since has constantly been harassed, intimidated and threatened by staff and incessantly antagonized and deprived of his lawful and legal rights.

Executed this 8th day of February 2021.

Anthony Williams

Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (First Judiciary Act of 1789, sec. 35)

MIAMI FL 330

12 FEB 2021 PM 6 L

UNITED STATES DISTRICT COURT
OFFICE OF the Clerk, Rm 8N09
400 N. Miami Ave.
Miami, FL 33128
33128-1805

Anthony Williams
FDC Miami, #05463-122
P.O. Box 019120
Miami, FL 33101
Return Receipt Requested

LEGAL MAIL

Mailed on 2-11-21